*Messrs. Ward & Abraham,* for appellants.

*Messrs. Platt & Platt* for respondent.

No transcript having been filed within the statutory time for so doing, the decree was affirmed, on motion of counsel for respondent.   No opinion.

                                                AFFIRMED.

Decided 7 November, 1898.

**WHITE *v* DITTENHOEFER.**

From Multnomah : LOYAL B. STEARNS, Judge.

Suit by Isam White against William Dittenhoefer and others to set aside certain conveyances of property as fraudulent.   Decree for plaintiff.

                                                AFFIRMED.

*Mr. Martin L. Pipes,* for appellants.

*Messrs. Cox, Cotton, Teal & Minor* for respondent.

Pursuant to stipulation, a decree was entered affirming the decree of the lower court, at cost of appellants.   No opinion.

                                                AFFIRMED.

Decided 7 November, 1898.

**BLACK *v.* MALLEIS.**

From Washington : THOMAS A. McBRIDE, Judge.

Action on a note of two hundred and sixty dollars,— judgment for plaintiff, and defendant appeals.

                                                AFFIRMED.

*Mr. Granville G. Ames* for appellant,

*Messrs. Hume & Hall, Fitzgerald & Schnabel* and *S. B. Huston* for respondent.